STRAUSS EQUIPMENT COMPANY AND SYDNEY PERKINS, PLAINTIFFS-APPELLEES, v. CHARLES WILSON AND ABE NELSON, DEFENDANTS-APPELLANTS.

Submitted October 16, 1931—Decided November 23, 1931.

Before Justices CAMPBELL, LLOYD and BODINE.

For the defendant-appellant Charles Wilson, *Maurice J. McKeown.*

For the plaintiffs-appellees, *Mantel & Kaplon.*

PER CURIAM.

This is an appeal from a judgment in favor of the plaintiff in the Elizabeth District Court. The trial judge sitting without a jury found that the damages for which the plaintiff sought recovery were caused by the negligent operation of the defendant's car by the defendant's agent.

The proofs set forth in the settled state of the case indicate not only that there was adequate proof to support the findings of negligence but also agency.

The judgment will therefore be affirmed, with costs.